# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-2713
_____

JOHN H. SCOTT,

 Appellant,

v.

MELISSA M. SCOTT,

 Appellee.

_____

On appeal from the Circuit Court for Duval County.
Lance M. Day, Judge.

September 27, 2018

PER CURIAM.

 AFFIRMED.

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Michael M. Giel of Giel Family Law, P.A., Jacksonville; Katherine B. Johnson of Zisser Law, PLLC, Jacksonville, for Appellant.

S. Denise Watson of Law Office of Denise Watson, Jacksonville; Michael J. Korn of Korn & Zehmer, P.A., Jacksonville, for Appellee.